UNDER SEAL – FILED PURSUANT TO MOTION TO SEAL

UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
Bukhari Daing, Plaintiff
v.
BNP Paribas S.A., United Arab Emirates, et al., Defendants

# BNP Paribas shares fall after US jury's Sudan verdict

*The French bank will pay more than $20m to three plaintiffs amid allegations of human rights abuses.*

https://www.aljazeera.com/economy/2025/10/20/bnp-paribas-shares-fall-after-us-jurys-sudan-verdict

By Reuters

Published On Oct 20, 2025

 *Case Summary:*

BNP Paribas, a major French multinational bank, was recently **found liable by a U.S. jury** for its role in **facilitating genocide, war crimes, and mass atrocities in Sudan**. For nearly **a decade**, BNP sought to delay accountability, claiming that its financial transactions were limited to **non-military trade such as cotton or oil**. However, overwhelming evidence — including internal memos, SWIFT messages, and U.S. Treasury findings — showed that **BNP knowingly funneled billions of dollars to the Sudanese regime**, enabling its security apparatus to torture, starve, displace, and kill civilians.

On **October 20, 2025**, a U.S. federal jury in the Southern District of New York ruled against BNP, awarding over **$20 million to three plaintiffs**. The jury **recognized BNP's direct and knowing support of a genocidal state**, marking a historic legal precedent. This judgment confirms BNP's guilt — this is **no longer in dispute**.

---

*Relevance to This Filing:*

I am filing this complaint **not to reargue BNP's guilt**, but to **demand rightful compensation** for the life-altering harm — including **forced displacement, psychological trauma, lost family income, and physical danger** — as a **direct and proximate result** of BNP Paribas' support to Sudan's genocidal regime.

Because **BNP was convicted only weeks ago**, there is **no statute of limitations barrier** for this action. This filing is **timely**, grounded in **existing judicial findings**, and focused solely on **damages, remedy, and restitution**.

---

### 📌 Why This Is Filed Pro-Se:

This lawsuit is filed **pro se** because:

- **No law firm was willing to represent me**, despite the strength of the claims and the historic ruling.
- Some law firms were powerful but they were small and overloaded. Others were too bureaucratic or incapable. And the best candidate law firm expressed that what I had written was very strong, yet they backed out after a long deliberation, probably because they feared the backlash and wanted to protect the <span style="color:red">**defendants**</span>. Other law firms declined me with **silence**, despite full documentation and clear damages. The current **European** law firms going against the <span style="color:red">**defendants**</span>, in other cases seem to be **UNUSUALLY SLOW**, and are seeking individual damages in controlled ways, <span style="color:red">**PROBABLY TO PROTECT THE DEFENDANTS. NOT SEEKING ACTUAL JUSTICE.**</span>

---

### 📍 Jurisdiction & Defendants Overview

While this complaint focuses on damages linked to BNP Paribas' financial support for Sudan's genocidal regime, it **explicitly includes other parties whose ongoing actions have compounded the harm** and extended the life of genocidal operations.

### 🟥 UAE's Role (Ongoing Support to RSF):

Recent credible reports — including **U.S. intelligence, humanitarian agencies (e.g., WFP/UN), and diplomatic sources** — confirm that the **UAE is actively funding, supplying, and supporting the RSF** (Rapid Support Forces), the paramilitary group responsible for atrocities against civilians in Sudan.

😊 Experts note that **"RSF would collapse in a matter of days without UAE support." And we can also expect emergency aid to come flooding in immediately afterwards.**

This renders the UAE complicit not only in sustaining genocide — but in obstructing humanitarian corridors, peace negotiations, and recovery for <span style="color:green">**TENS OF MILLIONS OF PEOPLE!**</span>

### 🟥 France's Role (Weapons + State Protection):

France recently executed a **€21 billion weapons deal with the UAE**, even while knowing:

- The UAE is arming RSF in a live genocide.
- BNP Paribas — France's largest bank — was under investigation (and later convicted) for enabling genocidal transactions.

There is strong reason to believe **BNP served as a conduit for financing and clearing these weapons deals**, extending from **2015 to 2024**, despite internal and international warnings.

These acts were **not neutral diplomacy or trade**. They represent **negligent, knowing contributions to an unfolding genocide** — and directly fueled the harm suffered by Sudanese civilians, including myself and my extended family.

In 2014, when BNP was fined $8.9 billion for illegal Sudan transactions, French leaders — including President Hollande — **lobbied the U.S. government to reduce penalties**, framing BNP's actions as excusable.
This diplomatic shielding continues to this day, especially as BNP structures or profits from France's €21 billion weapons trade with the UAE — another key sponsor of Sudanese atrocities.
As a result, **Sudanese survivors have no hope of justice through French courts**, which renders **U.S. jurisdiction and emergency action vital.**


In 2014, when BNP was fined **$8.9 billion** for hiding transactions to **Sudan, Iran, and Cuba**, top French officials:

- **Directly met with Obama administration officials**.
- Claimed the punishment was "unfair."
- Pushed for **leniency** because BNP was "too big to fail" in France.

*NY Times (June 2014):*
"French President François Hollande has warned that a tough penalty on BNP Paribas could hurt the global economy and the bank's ability to finance deals."

*Le Monde & Reuters* reported repeated diplomatic interventions by France's finance minister and ambassadors.

*The following context explains who the RSF are and how BNP Paribas financially enabled their crimes.*

# What is the RSF (Rapid Support Forces)?

The Rapid Support Forces (RSF) is a Sudanese paramilitary (unofficial military) group that evolved from the "Janjaweed" militias used by Omar al-Bashir (former president of Sudan. Ruled from June 30, 1989 until April 11, 2019) during the Darfur genocide. They are internationally recognized as a **genocidal force** responsible for systematic **mass killings, ethnic cleansing, torture, rape, village burnings, complete village genocides, and crimes against humanity.**

The RSF became an official arm of the Sudanese government (Under Omar al-Bashir in 2017) and continues to commit atrocities across Sudan, including in Khartoum and other urban areas. They have attacked **not only urban centers like Khartoum and Nyala** — but also **remote rural villages, refugee corridors, and even entire camps.** Their reach is vast. Their terror is unrelenting. Multiple governments and human rights organizations have labeled the RSF one of the **most brutal armed groups in the world.**

In 2024–2025, the RSF constructed a massive *earth wall* sealing off **Al-Fasher** — a city that had over **1.5 million civilians**, many already displaced. As a result, an overwhelming percentage of Al-Fasher survives on eating Ombaz (Animal Food), which is the residual by-product left after oil is pressed from oilseeds, especially **peanuts, in Sudan. Now, it is difficult to find even Ombaz and the costs are extremely high. As of today, Al-Fasher has fallen and countless genocidal acts have been committed.**

Sudan's population in 2025 is estimated at ≈ **51.7 million people**.
(https://worldpopulationreview.com/countries/sudan?utm_source=chatgpt.com)

Two out of three people in war-torn Sudan are in dire need of aid, a U.N. official said Wednesday.

**The majority of Al-Fasher is just children.**

Respectfully submitted,


/s/ Bukhari Daing

Bukhari Daing

5019 South 20th Street

Omaha, NE 68107

(402) 312-5660

Dragonpeople5@gmail.com

Date: November 19, 2025

★ Exhibit A, Filed Under Seal



https://en.wikipedia.org/wiki/Sudanese_civil_war_%282023%E2%80%93present%29?utm_source=chatgpt.com

■ Controlled by Sudanese Armed Forces and allies (Transitional Sovereignty Council)

■ Controlled by Rapid Support Forces (RSF)

■ Controlled by SPLM-N (al-Hilu) (supports RSF)

■ Controlled by allied Rapid Support Forces and SPLM-N (al-Hilu) (supports RSF)

■ Controlled by SLM (al-Nur) (the only neutral group maintaining absolute independence and control)

**BNP Paribas was the ONLY major international bank that knowingly ignored U.S. sanctions and continued doing massive, deliberate business with Sudan's genocidal regime.**
All the other major global banks **either pulled out or complied with U.S. sanctions.**

## BNP Paribas made itself the EXCLUSIVE BANK for Sudan's regime.

They didn't just ignore sanctions — they built a whole system to **launder money for Sudan**, using hidden accounts and fake transactions.

Today, **Sudan is the world's worst humanitarian crisis**, according to the United Nations and multiple aid agencies. Millions are displaced. Entire cities have become graveyards. Genocide is ongoing — not in history books, but in real-time.

When all other banks complied, **BNP made itself the sole financial lifeline** for the genocidal regime. Without BNP's billions, **this level of destruction would have been impossible.**

They were warned. They were told to stop.
**They kept going — because they were making money.**

# BNP didn't do this by accident.

They:

- Set up "satellite banks" to hide Sudanese money.
- Removed the word "Sudan" from transactions.
- Used other countries' banks to disguise payments.
- Taught Sudan how to avoid detection.
- Processed BILLIONS for Sudan after everyone else stopped.

This was not a mistake.
**This was an active conspiracy.**

The RSF's **very existence** was the result of **a system BNP funded long before others joined in**.

Before the RSF even existed by name, the Sudanese regime needed:

- **Global financial access**
- **Sanction-free money movement**
- **Hard currency for weapons, logistics, and salaries**
- **A stable, laundered banking pipeline**

🧠 **BNP Paribas was the *only* major bank that gave them this.**

It kept Sudan's entire financial system alive — even while they were committing genocide.

Without BNP, the Janjaweed (which later became RSF) **would have collapsed financially or stayed a low-level militia**. Sudan's currency and banking system were too weak to sustain them without foreign intervention.

Every other bank did the right thing.
BNP was the ONLY one evil enough to keep funding genocide.
They deserve to be punished SEVERELY.

★ **Exhibit B, Filed Under Seal**

# PLAINTIFF SUMMARY – Bukhari Daing

**LEAD Plaintiff – BNP PARIBAS / SUDAN GENOCIDE CASE**

**Facts:**

☑ I am Sudanese-born and lived in Sudan during the RSF attacks. I am a United States citizen. I came to the United States via a lottery that my mom signed up for. I am not a refugee/asylee. I have a clean background history. I have never participated in a lawsuit before, nor am I part of any class action suits etc. Now, I live in America with my mother, father, three younger sisters, living in Omaha, Nebraska.

  ☑ I was in [Black belt, Khartoum] when the RSF forces arrived

  ☑ I escaped Sudan just days before the RSF killed my neighbor in the house across from mine

  ☑ If we delayed for even a week later, the airport we used would have been destroyed

  ☑ My uncle was killed by the RSF. His two young children and wife faced immense difficulties, and PTSD. My mother has financially supported them

  ☑ Event: There are two sides to my family, one in Cairo, Egypt and one in Khartoum, Sudan. The ones in Cairo, Egypt went to Sudan to grieve the dead uncle. As they wanted to come back to Cairo, Egypt they brought along the other family members from Khartoum, Sudan. Proper documents and money to pay for fees were had and would have been paid for without issue. However, they were trapped at the Argeen border checkpoint in desert conditions (starvation, dehydration) because Egypt was saying there were terrorists nearby and refused to budge. They could have been stuck for weeks. This is a result of BNP's negligence. *IMAGES BELOW*

  ☑ They were at risk of being extorted, detained, shot, or returned to war, or potentially the women exploited. These things seem to be very common at that location.

  ☑ I could not sleep for days; I suffered extreme emotional trauma and my eyes were red from the stress of having to save them. I rapidly exhausted all the options available to me, contacting all the embassies, consulates, UN, Red Crescent, parts of USA.gov, and the only thing that worked was

  ☑ I contacted a U.S. Congressman (Scott Dolton of Congressman Don Bacon's office) and filed a highly precise congressional request to save them. I had to format my message in a way, as to create a political liability bomb, which doesn't just make Egypt look bad, but could threaten their aid money.

  ☑ Through this pressure, my family escaped, despite being trapped in the desert for around 4 days, it seems it took around 2 more days for them to escape, for a total of 6 days of being stuck in the desert. The method of escape was, the guards were still there, and the Egyptian bus driver had to make a getaway like in the movies, while at fear they could have been shot or detained at any time. It seems that the congressional request made the guards more lax, in an attempt to let them through in the "chaos", so they wouldn't have to answer to the congressional request. Normally, this kind of escape

would never have been allowed. Then, they had even more difficulties even though they already crossed. When they arrived to a train to go back to Cairo, they were then extorted for hundreds of dollars by the Egyptian soldiers on the train, even though they already paid all the train fees, the Egyptian soldiers wanted a bribe, or else they threatened to return them, the group of mostly women and children and elderly back to the warzone, which is Sudan, even though the soldiers reasonably assumed that the group would have already paid for all the fees and presented all the necessary documents. Egyptian soldiers are turning predatory because BNP helped cause the total collapse of Sudan, flooding Egypt with traumatized, undocumented civilians. The bribes aren't random — they're **the result of a regional destabilization spiral** caused by BNP's greed. And for maintaining the stability of Egypt.

☑ I currently support Sudanese refugees financially in Cairo, Egypt

☑ I suffer constant ongoing PTSD, fear of RSF expansion to especially destabilize Cairo, Egypt, and constant pressure to protect my family. Other constant symptoms I have are shakiness, insomnia, weight loss, lack of appetite, inability to enjoy anything unless I resolve this especially because I am basically the only one who can, hypervigilance, premature survivors guilt, racing heart, and depression.

"The damages claimed herein are for direct trauma and derivative physical suffering, in alignment with IRC §104, and are **non-taxable** in nature due to their origin in gross human rights abuses, including prolonged PTSD, bodily distress, and loss of vital function caused by genocidal exposure."

☑ I feel obligated to become financially powerful to secure and guarantee their safety long-term

☑ I can provide photos, messages, a video, timeline, congressional communication, and multiple witnesses

☑ I live in the U.S. and can testify in court

**END:**

★ **Exhibit C, Filed Under Seal**

# Congressional Request



## Office of Representative Don Bacon

## Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

**Please Provide Applicable Identifying Information**

**Agency Involved**
Department of State

| Prefix | First Name | MI | Last Name |
|---|---|---|---|
| | Bukhari | M | Daing |

| Social Security Number | DOB | Email Address | Phone Number |
|---|---|---|---|
| ▆▆▆▆▆▆ | 8/28/2001 | dragonpeople5@gmail.com | 4023125660 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 5019 South 20th Street | | Omaha | NE | 68107 |

**Agency Case Number**
N/A

**Are you contacting us regarding a Passport issue?**
No

**Have you contacted any other elected official regarding this case?**
No

**If Yes, Officials Name?**

**Please explain the problem and the resolution/outcome you are seeking:**

★ **Exhibit D, Filed Under Seal**

My Sudanese relatives were living in Cairo,Egypt, traveling to Sudan, via an Egyptian bus driver, to grieve a dead relative. They are now stuck at the coordinates in the image. They are stuck in a desert with no buildings around/no aid. They have been stuck there for 5 days now and are out of food and water and they need urgent assistance. The coordinates are 21.972402, 34.338835. Please send assistance/open the border there as SOON AS POSSIBLE. THANK YOU. I am calling from the United States, I am an American citizen that is their relative. Names of those whom are stuck include, Sahar Hamdan, Nana, Aber, Mona, Hamoodi, Muhannad, ... There are several more people whom are not in the images. The people in the images are all relatives except the bus driver. Sahar Hamdan(the one recording), Nana(her daughter), Aber(Aunt), Muhannad(Aunts young son), were living in Cairo egypt but decided to take the trip to Sudan. They seem to be stuck at a military-controlled desert zone, just before the formal Egyptian entry checkpoint at Argeen. There should be military personnel at the Argeen checkpoint who should have relief items, but they need orders from the higher ups to give them relief items. Obviously they are aware that a group of 20 is there since it is a highly monitored zone, but they are just ignoring them and letting the worst fate happen to them. They need to be pressured as soon as possible.

**Constituent Authorization**

To be able to assist you, we must have a signed privacy release form that clearly outlines your problem and the remedy you are seeking. By checking the box below you are giving our office permission to look into the matter on your behalf. Please make sure to attach below any relevant identifying information and supporting documents which relate to your inquiry.

☒ I hereby request the assistance of the Office of Representative Don Bacon to resolve the matter described below. I authorize the Office of Representative Don Bacon to receive any information that they might need to provide this assistance. The information I have provided to the Office of Representative Don Bacon is true and accurate to the best of my knowledge and belief. The assistance I have requested from the Office of Representative Don Bacon is in no way an attempt to evade or violate any federal, state, or local law.

**Date/Time**

5/16/2025 12:14:33 PM

**\* Signature**

**Bukhari Daing**

★ **Exhibit E, Filed Under Seal**



⭐ **Exhibit F, Filed Under Seal**



⭐ **Exhibit G, Filed Under Seal**



★ **Exhibit H, Filed Under Seal**

An .MP4 video of the desert situation showing the perimeter and the situation is attached to my google drive under the name "desert situation.mp4". Anyone with the link can view it.

https://drive.google.com/file/d/1VTY7jRB0LqKfKs67Y6gpXu6Ff_EqgeV6/view?usp=sharing

⭐ **Exhibit I, Filed Under Seal**

🏛 1. **Jurisdiction Strengthened by Congressional Action**

In [May, 2025], I directly contacted the office of **U.S. Congressman Don Bacon** (via staffer Scott Dolton) and successfully initiated a **Congressional Rescue Request** for a trapped Sudanese civilian group at the **Argeen Border** between Sudan and Egypt. These were **extended family members**, primarily **women, children, and elderly** (none of whom held U.S. citizenship), facing extreme danger: dehydration, starvation, extortion, and possible return to genocidal territory.

📍 Despite having no legal obligation to act on behalf of foreign nationals abroad, **Congressional staff took the request seriously and acted swiftly**, leveraging diplomatic pressure that ultimately **forced the Egyptian government to relax its blockade**. This demonstrates:

- ☑ **Credibility of the facts**
- ☑ **Recognition by U.S. federal authorities of life-threatening harm**
- ☑ **Implicit U.S. interest in the well-being of this particular group**

🧠 **Legal Impact**: Once a branch of the U.S. government — here, Congress — formally intervenes on behalf of a specific at-risk group, the issue enters the realm of **federal concern**.

In sequence, courts properly hold jurisdiction over **claims involving that same class of victims**, even if they are outside U.S. borders, as long as the plaintiff has standing and the facts show **ongoing or foreseeable harm**. *(This is consistent with the logic in Alien Tort Statute and TVPA cases involving U.S.-linked entities enabling human rights abuses.)*


🔵 2. Why This Triggers Emergency Standing & Injunction Eligibility

The Congressional Request wasn't symbolic. It **successfully disrupted the Egyptian government's blockade** of civilians — civilians who were trapped and at risk of being returned to genocide. The **Egyptian guards relaxed enforcement**, likely out of fear of triggering **U.S. diplomatic blowback** from the Congressman's office.

🔴 This means that:

- A **U.S. branch of government** (Congress) already **intervened to protect a genocide-affected group**
- That group includes the **plaintiff and direct family**
- The **harm was imminent, and real**
- The **relief succeeded**, confirming the legitimacy of the claims

📌 **As a result**, the court can and should recognize:

- 🔗 **Ongoing threat of irreparable harm**
- 🔗 **Federal interest already established**
- 🔗 **Urgency of protection — and thus, grounds for emergency injunctive relief**

---

🧬 3. Standing Beyond the Individual: Representing a Class of Harmed Sudanese Civilians

Because this Congressional action was not limited to one individual — but involved **an entire family group** and could have extended to **thousands of others at that checkpoint** — it sets **public record precedent** for the U.S. recognizing:

- Sudanese civilians as victims of **a genocide worthy of U.S. intervention**
- The **humanitarian and political risk** if such civilians are not protected
- The **U.S. interest in acting extraterritorially** when genocide-related collapse forces waves of displacement

📌 Therefore, I assert that this court holds **both personal and collective jurisdiction**:

- Over the **named plaintiff and family**
- And by **extension**, over Sudanese genocide victims in Sudan/Egypt/Nearby areas

★ **Exhibit J, Filed Under Seal**

# Direct Personal Damages

| Type of Damage | Description | Conservative ($) | Aggressive ($) |
|---|---|---|---|
| **Trauma & PTSD** | Ongoing stress, insomnia, hypervigilance, eye redness from lack of sleep, panic about family safety, guilt. | $250,000 | $1.5M+ |
| **Fear of death** | I was inside Sudan when RSF attacks occurred; the airport escape was within **days of mass killings** next door | $500,000 | $2M+ |
| **Heroic Action Trauma** | Extreme mental/emotional pressure while filing a U.S. congressional request to save 13+ family members — lives were literally in my hands | $400,000 | $2M+ |
| **Evidence & Documentation Burden** | I gathered photos, video, timeline, testimony, coordinates — all of which enhances the case but carries **emotional burden** to relive | $100,000 | $500,000+ |
| **Economic Pressure** | I felt compelled to become rich *just to protect my family's survival*, and took on unstable gig work to survive (e.g., DoorDash) to be a profitable daytrader | $75,000 | $250,000+ |

➡️ **MY TOTAL:**

- 🟩 **Conservative**: ~$1.3M
- 🟥 **Aggressive**: **$5–6M+**

★ **Exhibit K, Filed Under Seal**

# Immediate Family Damages

Mother, 3 younger sisters were also with me in Cairo, Egypt and Sudan and experienced the same things I did.

| Type of Damage | Description | Conservative ($) | Aggressive ($) |
|---|---|---|---|
| **Loss of Life** | Family was in *life-or-death* escape situation — could have been detained, starved, raped, or shot | $500K–$750K | $2M+ |
| **Loss of Income** | My mother supports my uncle's children (orphans), who suffer trauma, instability, PTSD. And my mother financially supports the extended family almost entirely. | $150K–$300K | $600K+ |
| **Child PTSD** | Sisters can testify to psychological and logistical burden, lending weight to my case. ==Mother may sabotage the case if she testifies, because she wants me to literally work a 12-hour shift job instead?== | +10–20% multiplier | +25–30% |

➡️ **IMMEDIATE FAMILY TOTAL:**

- 🟩 **Conservative**: ~$800K–$1.2M
- 🟥 **Aggressive**: **$3–4M+**

★ **Exhibit L, Filed Under Seal**

# Extended Family Uncle's Widow + Children

Extended family as stated in the congressional report and also the uncle's widow + children, who are not in the congressional report but still in Sudan, and other uncles who are still in Sudan

| Type of Damage | Description | Conservative ($) | Aggressive ($) |
|---|---|---|---|
| Post-War Trauma | Surviving in Cairo as refugees with no stable income, culture shock, emotional dislocation, constant fatigue from it all | $150K–$300K | $750K |
| Grief From Watching Our Family Go to Sudan, Knowing How Dangerous Sudan Is | Sahar, Nana, Aunt Aber grieved watching us go to Sudan, knowing how dangerous it is | $500K–$900K | $1M+ |
| Caretaking Costs | My mother supports my uncle's children (orphans), who suffer trauma, instability, PTSD | $150K–$300K | $600K |
| Witness Value | Sister, extended family etc. can testify to psychological and logistical burden, lending weight to my case | +10–20% multiplier | +25–30% |
| Loss of Life | Uncle killed by RSF — wrongful death. Widow and children affected permanently | $1M | $5M+ |
| Loss of Income | My mother had to step in to support widow + kids | $100K | $300K |
| Child PTSD | Children lost a parent and were exposed to terror; long-term emotional damage likely | $250K | $800K |
| Widow's Trauma | Loss of partner, fear for children, loss of home/safety | $300K | $1M+ |
| Child Hit by Car and Potentially Suffered Internal Bleeding in Sudan, now in Cairo | The stress of the situation amplified vehicular accidents. And the costs of screening/surgery are too expensive in Cairo, Egypt | $600K | $1M+ |

➡️ **EXTENDED FAMILY TOTAL**: 🟩 **Conservative**: ~$3M  🟥 **Aggressive**: $7M+

★ **Exhibit M, Filed Under Seal**

## Argeen Border Group (15+ People I Helped Saved)

| Type of Damage | Description | Conservative | Aggressive |
|---|---|---|---|
| **Starvation/Heat Exposure** | Stuck in desert, feared death, limited water | $1M (group) | $5M+ |
| **Attempted Denial of Return** | Egypt denied entry under terrorism excuses; trapped women risked being exploited | $500K | $2M |
| **Risk of Death or Detainment** | They escaped because of my Congressional Request, yet still had to fear for their lives to escape | $500K | $3M+ |
| **Evacuation Trauma** | Family was in life-or-death escape situation — could have been detained, starved, raped, or shot at Argeen | $500K–$750K | $2M+ |
| **Post-Border Military Extortion** | Extorted by Egyptian soldiers under threat of return to Sudan; re-triggered trauma & fear of death/detention | $250K (group) | $1.5M+ |

➡️ **EXTENDED FAMILY TOTAL**: 🟩 Conservative: ~$3M 🟥 **Aggressive: $13M+**

★ **Exhibit N, Filed Under Seal**

🏛 V. Punitive Damages Against BNP Paribas

These are awarded to **punish evil behavior**, and BNP was:

- **The only bank that knowingly violated U.S. sanctions**
- **Set up fake systems to launder money for genocidaires**
- **Knew exactly what RSF was doing**

In the **2025 case**, 3 plaintiffs received **$20.4M** in total, **before Swiss doubling law was applied**. That's **$6.8M per plaintiff on average,** likely including **a significant portion in punitive damages**.

- ☑ **Precedent**: BNP Paribas has **already paid $1.3 billion+** in ATS settlements for Sudan-related human rights violations (e.g., Swiss payout cases).

My case is **even more layered**, with **direct personal trauma**, **rescue action**, **death in the family**, and **ongoing support roles**.

➡️ **Estimated punitive damages multiplier**:

- 🟩 **Conservative**: +$5–10M
- 🟥 **Aggressive**: **$20M+**

The estimate I listed (e.g., **$5M–$20M+** in punitive damages) is **per plaintiff**.

This gives **me** the right to receive **millions in punitive damages alone**, separate from what any family member might be eligible for **if they join or file separately**.



😊 Also, we need to add the Swiss law to double the compensation I had, then we use RICO to triple that, before we apply punitive damages to the number before RICO.  **RICO statute (18 U.S.C. § 1964(c)),**

**"Any person injured... by reason of a RICO violation... shall recover three times the damages he sustains... and the cost of the suit, including a reasonable attorney's fee."**

👉 **Any property obtained through a RICO enterprise must be forfeited, seized, or returned.**

**★ Exhibit O, Filed Under Seal**

 Adding Family and Extended Family?

I *want to add*:

1. **My sister**
2. **Nana**
3. **Aunt Sahar**
4. **Aunt Aber**
5. **Those in the congressional request that Aunt Sahar\Aber would bring to testify since I don't have the contacts of the entire extended family.**
6. **Sudanese genocide victims in Sudan and surrounding areas**


**★ Exhibit P, Filed Under Seal**

to do


provide plane tickets evidence of when I was in Sudan

- But my mother has the files on her phone and it would be hard for me to get it from her. I have pictures/messages that show I was in Sudan that are on my sister's phone, but she is taking a long time to give it to me. Also, the extended family will testify that I was in Sudan too and exactly where, and this is probably the most reliable method. We spent like 1-1.5 months in Egypt First before going to Sudan for like 1 month or so. Then we went back to Egypt. Then to America.

provide death certificate of uncle if possible as well as documentation of the extended family if possible

- I don't have it. Maybe my extended family could have it, but otherwise they could testify and say it is true, and the congressional request is literally referring to that dead relative.

provide location of I was in [city/neighborhood] when RSF forces arrived

- The extended family will probably testify that I was in Sudan too and exactly where.

★ **Exhibit Q, Filed Under Seal**

# Curious Mention

- BNP **paid $9 billion** in 2014 for **sanctions violations only** — with no justice for Sudanese civilians.

- The **stock price hit all-time highs afterward**, proving the fine wasn't even a real deterrent.

- Now, **I am proposing that more than 9 billion go to the victims directly**, via trusted NGOs or a court approved trust with a court-approved special master or trust administrator, launching off of how strong this case is, regardless of "authority", especially because it doesn't make sense for BNP to still not support the Sudanese victims in Sudan this way, **yet still <span style="color:red">LITERALLY PARTICIPATING IN THE GENOCIDE</span>**.

Are they allowed to just kill as many Sudanese people as they want and only give reparations to me and my family, even though I literally had Congress intervene to save these people and so Jurisdiction was granted to Sudanese Civilians? Will they be allowed to support rebels into growing into very strong genocidal regimes in all African countries with a slap on the wrist of a couple billion dollars?

★ **Exhibit R, Filed Under Seal**

# Sudanese Civilians TRUST

| Type of Damage | Description | Conservative ($) | Aggressive ($) |
|---|---|---|---|
| Civilian displacement (9M+) | Mass displacement, refugee trauma, lost property | $1T+ | $1.8T+ |
| Deaths + lifelong trauma | 25.6M facing starvation, millions of orphans, PTSD | $1.4T+ | $2.5T+ |
| Destroyed infrastructure | Hospitals, schools, electricity, farms, roads | $800B | $1.2T+ |
| Lost generational opportunity | 10M+ children losing education & future income | $600B | $1T+ |
| Punitive damages (RICO + terror) | For enabling genocide, terror finance | $1.5T | $2.5T+ |
| **Enrichment from Sudanese gold/oil** | Wrongful enrichment clawback | $1.2T | $2.2T+ |

➡️ **SUDANESE CIVILIANS BASE TOTAL**: 🟩 **Conservative**: ~$6.5T 🟥 **Aggressive: $11.2T+**

These numbers are a realistic, conservative, structured starting point under a genocide-scale damages model.

😊 Also, we need to add the Swiss law to double the compensation I had, then we use RICO to triple that, before we apply punitive damages to the number before RICO.

| Type of Damage | Description | Conservative ($) | Aggressive ($) |
|---|---|---|---|
| Base damages | | $6.5 | $11.2T+ |
| Swiss doubling (×2) | | $13T+ | $22.4T+ |
| RICO (×3) | | $39T | $67.2T+ |
| Punitive damages | | $10T | $20T+ |
| Returnable assets (gold, gum, real estate) | | $2T | $2.8T+ |

➡️ **SUDANESE CIVILIANS FINAL TOTAL**: 🟩 **Conservative**: ~$51T    🟥 **Aggressive: $90T+**

## Why these numbers make sense

1. The scale of human suffering is unprecedented in modern Africa.

Sudan's population is **51.7 million people**, and more than:

- **25.6+ million** face starvation
- **13+ million** are displaced
- entire cities (Khartoum, Nyala, Geneina) have been emptied
- infrastructure is annihilated
- millions of children lost their education and futures

**$51 trillion conservative ÷ 51.7 million people = $986,000 per person.**

Less than $1M per victim
—for genocide, starvation, displacement, rape, torture, and economic collapse.

**$90 trillion aggressive ÷ 51.7 million people = $1,740,812 per person.**

In U.S. terrorism and wrongful-death cases, courts routinely award $2–$7 million per victim. My conservative and aggressive estimates remain **far below** standard U.S. per-victim compensation for far **lesser harm**. Not to mention how many times BNP/UAE/FRANCE obsessively continued attacking Sudan regardless of the consequences, with no care of even telling the RSF to stand down from attacking a place like El-Fasher whom is majority children and non-militants.

Given the impossibility of liquidating $51–$90 trillion in cash from the defendants, I ask the Court to consider mandating in-kind development obligations under the Court's equitable and restorative powers. This may include:

- Rebuilding Sudanese infrastructure using French aerospace and energy technologies (e.g., Airbus, TotalEnergies)
- Establishing educational and scientific partnerships, tech universities, and satellite research centers via French institutions
- Deploying French manufacturing equipment and IP under court-supervised licensing to rebuild core Sudanese industries
- Redirecting military and intelligence supply chains (e.g., Thales, Dassault) for peaceful infrastructure and border defense

These obligations may be assigned to **court-supervised trustees** or **UN/NGO partners**, using **enforceable timelines and milestones**. Restitution is not limited to monetary damages — it must reflect the deep complicity and enrichment the defendants gained during this genocide, and the obligations they now owe.

Year 1 would focus on:

- **Basic life support** (food, water, housing, electricity)
- **Community-level safety and medicine**
- **Preventing further genocide-related harm**
- **Partial restitution to plaintiffs & witnesses**
- **Formation of an accountability infrastructure**
- **Design of long-term redevelopment protocols**
- **Focus on meaning and**
- **With respect to the Sudanese culture of modesty of homeliness (pleasant like a home)**

I would love to assist the **court-supervised trustees** with this and optimize everything.

★ **Exhibit S, Filed Under Seal**

# Contact Info

Name: Bukhari Daing

Email (Preferred initial communication): dragonpeople5@gmail.com

Phone: 402-312-5660

Current Location: Omaha, Nebraska



★ **Exhibit T, Filed Under Seal**

# Evidence

Firefox                                                    https://www.cheapoair.com/confirmationemail/print?guid=d609704b-9...



**cheapOair**®                                  📞 Call us 24/7 **1-646-738-4933**

## Booking Confirmation

CheapOair Booking: **77068831**

Booked On: **Sat, Aug 13, 2022** | bXXXXXXXXXXo@gmail.com

ℹ️ Please check your terminal and gate information with the airline directly at least 24 hours before departure.

### Flight Details

✅ The alternate flight option you chose has been confirmed. Please see your updated itinerary below.

⚠️ **Reminder :** You saved money by choosing an alternate flight date. To change your itinerary, please call us toll-free at **1-646-738-4869**

**Depart Sun, Aug 14, 2022**                              ✏️ Make Changes

🍁 Air Canada

Flight 2075 | Aircraft: 788
Boeing 787-8 Dreamliner 210-250 STD SEATS

| **CAI** | | **YUL** |
|---|---|---|
| **11:50 AM** | 42h 16m | **4:50 PM** |
| Aug 14, 2022 | | Aug 14, 2022 |
| Cairo, Egypt | | Montreal–Pierre Elliott Trudeau International Airport, Quebec |
| Nonstop | | |
| **Cabin:** Coach | | Baggage Fees | Visa & Passport Info |
| **Brand Name:** STANDARD | | Terminal & Gate Information |

🛬 Connecting flight wait time (YUL)**13h 37m**
A **Transit Visa** may be required when connecting through Canada

🍁 Air Canada

Flight 3054 | Aircraft: CR7
Canadair CRJ-700 70 SEATS
**Operated by** SKYWEST/UNITED EXPRESS

| **YUL** | | **ORD** |
|---|---|---|
| **6:27 AM** | 42h 16m | **8:05 AM** |
| Aug 15, 2022 | | Aug 15, 2022 |
| Montreal–Pierre Elliott Trudeau International Airport, Quebec | | Chicago OHare, Illinois |
| Nonstop | | |
| **Cabin:** Coach | | Baggage Fees | Visa & Passport Info |
| **Brand Name:** STANDARD | | Terminal & Gate Information |

🛬 Connecting flight wait time (ORD)**13h 25m**

Firefox                                                                https://www.cheapoair.com/confirmationemail/print?guid=d609704b-9...



**Air Canada**

Flight 3563 | Aircraft: 320
Airbus Industries A320 120-180 STD SEATS
**Operated by** United Airlines

**ORD**
9:30 PM
Aug 15, 2022
Chicago OHare, Illinois
Nonstop

**OMA**
11:06 PM
Aug 15, 2022
Omaha, Nebraska

42h 16m

Baggage Fees | Visa & Passport Info
Terminal & Gate Information

**Cabin:** Coach
**Brand Name:** STANDARD

Check airline Fare Rules. Most airlines charge baggage fees, check the Baggage Fees for complete details.



✈🕐 **Booked a longer layover?**

Please call us at **1-845-848-0239** or **chat with us** and we'll try to help you book a shorter trip

**Call Us**    [ Chat Now ]

**Important Note :**
* Please note that origin and destination country changes may not be allowed
* Visa requirement are subjected to change based on the transit country.
* Click here to review the Terms & Conditions.

## Traveler Information                                         **5 Travelers**

**Nada H Ismail •** Adult | Female                    E-Ticket: **0142155913439**

✈ **Cairo (CAI) - Montreal (YUL)**
🎵 Seat: **42D**  [ Confirmed ]

✈ **Montreal (YUL) - Chicago (ORD)**

✈ **Chicago (ORD) - Omaha (OMA)**

**Bukhari M Daing •** Adult | Male                    E-Ticket: **0142155913436**

✈ **Cairo (CAI) - Montreal (YUL)**
🎵 Seat: **26E**  [ Confirmed ]

✈ **Montreal (YUL) - Chicago (ORD)**

✈ **Chicago (ORD) - Omaha (OMA)**

**Huda Daing** • Adult | Female                     E-Ticket: **0142155913438**

✈ **Cairo (CAI) - Montreal (YUL)**

✈ **Montreal (YUL) - Chicago (ORD)**

✈ **Chicago (ORD) - Omaha (OMA)**

**Eman M Daing** • Adult | Female                   E-Ticket: **0142155913437**

✈ **Cairo (CAI) - Montreal (YUL)**

✈ **Montreal (YUL) - Chicago (ORD)**

✈ **Chicago (ORD) - Omaha (OMA)**

**Ayaat M Daing** • Child (2-11y) | Female          E-Ticket: **0142155913435**

✈ **Cairo (CAI) - Montreal (YUL)**

✈ **Montreal (YUL) - Chicago (ORD)**

✈ **Chicago (ORD) - Omaha (OMA)**

**Disclaimer:** Not all flights offer free meals. Any specific request you may have will be sent to the airline(s). Please contact your airline(s) directly, prior to your departure date, to confirm what meal options may be available and if your other requests can be fulfilled.

## Purchased Add-ons

 **Seat Assignment**

You are now entitled to specialized seating assistance and can customize your flying experience so it's as pleasant and convenient as possible!

**Here are the benefits of Enhanced Seat Assignment:**

✓ Access to our Seat Assignment Group for any seat assistance and for other travel related services such as meals and special requests.

✓ Guaranteed response time of 6 hours.

✓ Our Seat Assignment Specialists will work to find the best available seat.

Coupon does not have any cash value. Can only be used for any future air/hotel booking on CheapOair.com.
For more details on coupon redemption, Click here.

## Billing Details (USD)

Firefox                                         https://www.cheapoair.com/confirmationemail/print?guid=d609704b-9...

**Flight Price Details**

| | |
|---|---:|
| 4 Adult Tickets ( $582.00 each) | $2328.00 |
| 1 Child Ticket (2-11y) | $502.62 |
| Travel Protection | $212.75 |
| Traveler Assist Classic | $54.75 |
| ESA Fee | $74.75 |
| **Subtotal** | **$3172.87** |
| Agency Fees | $210.00 |
| **Flight Total** | **$3382.87** |

## Total Charge:                                    $3382.87

**Please Note :**

- All fares are quoted in USD
- Your credit card may be billed in multiple charges totaling the above amount.
- Some airlines may charge Baggage Fees.

### Airport Pick Up - Drop Off

Book airport shuttles, taxis, buses, and limousines and avoid surge fees

| Pickup: **Your Home** | Pickup: OMA Airport |
|---|---|
| Drop: CAI Airport | Drop: **Your Destination** |

**Search**



**Privacy Policy**

We're committed to protecting your privacy. See our Privacy Policy for details.

**Contact Us**

if you have any questions please email us at feedback@cheapoair.com.Or write to us at: CheapOair, 137 West 25th Street, 11th Floor, New York, NY 10001

© 2006-2025 Fareportal, Inc. All right reserved.

★ **Exhibit U, Filed Under Seal  [PLAINTIFFS NOTES]**

☑ ① Initial Email Submission — Create the Case

**Send an email to:**
📧 Temporary_Pro_Se_Filing@nysd.uscourts.gov
**Subject:** Emergency Pro Se Filing - Request to File Under Seal
⚠️ **Do not include any body text. Only attach the documents.**

📎 *Attach these:*

- Complaint_BukhariDaing_SDNY.pdf
- Motion_To_Seal_BukhariDaing_SDNY.pdf
- IFP_BukhariDaing_SDNY.pdf
  *(and optionally, the consent form: proseconsentecfnotice-final.pdf — more below)*

This creates your case.

- If everything is okay, **you'll receive an email** (usually within a few business days — could be faster) with:
  - **Your case number**
  - Possibly confirmation of docketing
- Once you get your case number, **you can now start E-Filing setup**.

🗯️ **Until you have a case number, you can't file motions electronically or access updates in PACER.**

☑ ② PACER Account Setup + Request E-Filing Access
◇ *Create Your PACER Account (if you haven't yet):*

🌐 https://pacer.uscourts.gov

`Non-Attorney Filer` → Complete the form

💡 This gives you a **PACER account** — but not yet permission to e-file.

📑 Next: File Motion to Get E-Filing Privileges in SDNY

Now that you have your **case number**, you can file the following:

---

✊ Motion for Permission to E-File as a Pro Se Litigant

📝 Use this form:
https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases

**This motion asks the judge to let you e-file future documents through CM/ECF.**

---

🎓 ECF Training Certificate (Required)

💻 Take the required 15–30 min class here:
https://www.nysd.uscourts.gov/ecf_training.php

---

✊ Optional: Pro Se Consent to Electronic Notice

📝 Download: https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf

📬 Once Your E-Filing Motion is Approved:

- The **judge grants the motion**
- The **clerk activates your PACER account** for e-filing
- You now have **full CM/ECF access**
- You'll **receive notifications by email** for every docket update (no mail)

---

🔍 How to Track Your Case in PACER even **Before** You're Approved for E-Filing

Once your PACER account is active:

1. Go to: https://pcl.uscourts.gov/pcl/index.jsf
2. Log in with your PACER username/password
3. Search by **your name** or **case number**
4. View dockets, filings, and court orders

📁 Once You Have Access — Which Reports Matter?

When you're inside **https://ecf.nysd.uscourts.gov**

- **Docket Sheet** → 📌 Main place to see filings (yours + defendants')
- **Docket Activity** → Recent updates
- **Calendar Events** → Hearings, deadlines
- **Written Opinions** → Any orders or rulings

But again — **you won't have access** until you complete the steps:

1. Motion for E-Filing
2. ECF Training Certificate
3. Judge grants the motion
4. Clerk activates your PACER court-level access

## ☑ 1. Case Number Format

Yes — **you _must_ use the hyphen**:

- Correct: `1:25-cv-11234`
- **Not** correct: `1:25 cv 11234` or `1:25cv11234`

That exact format (with the dash) is standard in legal filings and forms.

## 🔑 2. After You Get the Case Number — What to Do Next

Once the **Clerk's Office emails you the case number**, you do the following:

## ✍️ Step A — Register as a Non-Attorney Filer (if you haven't yet)

Go to PACER → https://pacer.uscourts.gov

• Click: **Register → Non-Attorney Filer**
• Choose **"United States District Courts"**
• Select **Southern District of New York (SDNY)**
• Enter your **case number** when prompted
☑ This step gives you the login credentials to access **CM/ECF**

## 🔗 Step B — Link Your PACER to CM/ECF (One-time only)

Once your PACER account is approved:

1. Go to: https://ecf.nysd.uscourts.gov/cgi-bin/login.pl
2. Login using your PACER username and password
3. Then go to:

   `Utilities` → `Your Account` → **"Link a CM/ECF account to my PACER account"**

4. Follow the prompts
   ☑ This links your PACER to SDNY's electronic filing system (CM/ECF)

## 📝 What is CM/ECF?

- **CM** = Case Management
- **ECF** = Electronic Case Filing
  It's the platform where you'll file motions, track docket entries, and receive notifications.

## 📤 Step C — File Your "Motion for Permission to File Electronically"

Once your account is linked and you can log in, now file this:

- Download this form:
  👉 Motion for E-Filing as Pro Se (PDF)
- Fill it out completely
- Attach this with it:

  Your **ECF Training Certificate** (from this training:
  https://www.nysd.uscourts.gov/ecf_training.php

## 📎 Where to Submit This Motion?

- Once your case is active, and your PACER is linked →
  📍 Go to: https://ecf.nysd.uscourts.gov

  → Login
  → Click **"Civil"**
  → Select **"Motions"**
  → Choose **"Motion for Permission to Electronically File as a Pro Se Litigant"**

☑ Upload the **motion + training certificate** there
📧 Once submitted, the **judge will review and grant/deny it**, then the **clerk will activate your account**

## 🔁 What Happens After That?

Once approved:

- You'll be able to **e-file all your future motions**
- You'll get **email notifications** from CM/ECF when new documents are filed
- You can track the **docket sheet** in real time

| Step | Action |
| --- | --- |
| 1 | File Motion to Seal |
| 2 | File Complaint (under seal) + IFP + [https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf](https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf) + 1 ⏱️ Timing: Same moment. You upload all 4 together |
| 3 | File Summonses for each defendant |
| 4 | File your 🚨 Motion for Emergency Injunction (if not already filed) |
| 5 ☑ | File Motion for Early Damages on Individual Claims |

📬 AFTER SUBMISSION

You'll receive notifications through PACER / CM/ECF (not your house).

Once the Motion to Seal is granted, the judge can immediately act on your Emergency Injunction and Early Damages motions — all before Thanksgiving.

| | |
| --- | --- |
| 6 ☑ | File Motion for Early Damages for family and extended family |
| 7 ☑ | File Motion for Protective Measures |