An official website of the United States Government  Here's how you know

**AMERICANS IN THE MIDDLE EAST:**                                                    ✕

For consular information or assistance, call the Department of State's 24/7 Task Force at +1-202-501-4444 (from abroad) and 1-888-407-4747 (from the U.S. and Canada).   **VIEW MORE**

🇺🇸

**Home**  >   ...   >  State Sponsors of Terrorism

# State Sponsors of Terrorism

**BUREAU OF COUNTERTERRORISM**

Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism are designated pursuant to three laws: section1754(c) of the National Defense Authorization Act for Fiscal Year 2019, section 40 of the Arms Export Control Act, and section 620A of the Foreign Assistance Act of 1961). Taken together, the four main categories of sanctions resulting from designation under these authorities include restrictions on U.S. foreign assistance; a ban on defense exports and sales; certain controls over exports of dual use items; and miscellaneous financial and other restrictions.

Designation under the above-referenced authorities also implicates other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are four countries designated under these authorities: Cuba, the Democratic People's Republic of Korea (North Korea), Iran, and Syria.

Help us improve

Cookie Settings

Case 1:25-cv-09750-LTS Document 27 Filed 02/16/26 Page 2 of 3

| Country | Designation Date |
|---|---|
| Cuba | January 12, 2021 |
| Democratic People's Republic of Korea (North Korea) | November 20, 2017 |
| Iran | January 19, 1984 |
| Syria | December 29, 1979 |

For more details about State Sponsors of Terrorism, see "Overview of State Sponsored Terrorism" in Country Reports on Terrorism.

TAGS

[Bureau of Counterterrorism](#)  [Combating Violent Extremism](#)  [Counterterrorism](#)  [Cuba](#)

[Iran](#)  [North Korea](#)  [Sanctions and Designations](#)  [Syria](#)

Cited in Danag v Paribas SA
1-25CV9750 Decided 3/6/26
Archived on 3/12/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

White House

USA.gov

Office of the Inspector General

Archives

Case 1:25-cv-09750-LTS Document 27 Filed 03/16/26 Page 3 of 3

Contact Us

Freedom 250

---

---

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

Cited in Daing v Paribas SA
1-25CV9750 Decided 3/6/26

Archived on 3/12/26

This document is protected by copyright.
Further reproduction is prohibited without permission.