# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand twenty-six.

Before:        Sarah A. L. Merriam,
                    *Circuit Judge.*

_____

In Re: Bukhari Daing
           Petitioner.
********************************
Bukhari Daing,

           Petitioner,

    v.

BNP Paribas S.A., United Arab Emirates,
French Republic,

           Respondents.

_____

**ORDER**

Docket No. 26-476

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___3/25/2026___ |

Petitioner moves for a stay of all district court proceedings, including the April 5, 2026 deadline to file an amended complaint, pending resolution of his petition for a writ of mandamus. Petitioner also moves for leave to proceed in forma pauperis status, for vacatur of the district court's 28 U.S.C. § 1915(a)(3) certification, and for an order to show cause.

IT IS HEREBY ORDERED that the request for a stay of the district court proceedings is DENIED. The remaining requests are REFERRED to the panel that will decide the petition for a writ of mandamus.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/25/2026