**MANDATE**

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

S.D.N.Y. – N.Y.C.
25-cv-9750
Swain, C.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2026_

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21ˢᵗ day of May, two thousand twenty-six.

Present:

> Debra Ann Livingston,
> *Chief Judge,*
> Robert D. Sack,
> Susan L. Carney,
> *Circuit Judges.*

_____

In Re: Bukhari Daing,

*Petitioner.*

*********************************************

Bukhari Daing,

*Petitioner,*

v.                                                                           26-476

BNP Paribas S.A., et al.,

*Respondents.*

_____

Petitioner petitions for a writ of mandamus and moves for leave to proceed in forma pauperis ("IFP"), vacatur of the district court's 28 U.S.C. § 1915(a)(3) certification, an order to show cause, and waiver of Fed. R. Civ. P. 62(a)'s automatic stay. Upon due consideration, it is hereby ORDERED that the IFP motions are GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that his "right to issuance of the writ is clear and indisputable," and that he has no other adequate remedy available. *Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004) (internal quotation marks omitted). Petitioner's remaining motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 06/16/2026**